**Electronically Filed
Supreme Court
SCWC-11-0000722
05-DEC-2014
11:32 AM**

SCWC-11-0000722

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

DEBORAH J. WALTRIP,
Petitioner/Claimant-Appellant,

vs.

TS ENTERPRISES, INC., dba KIMO'S RESTAURANT,
Respondent/Employer-Appellee,

and

FIREMAN'S FUND INSURANCE COMPANY,
Respondent/Insurance Carrier-Appellee,

and

SPECIAL COMPENSATION FUND,
Respondent/Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000722; CASE NO. AB 2007-047(M) (7-02-00262))

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)


Petitioner/Claimant-Appellant Deborah J. Waltrip's

application for writ of certiorari filed on October 31, 2014, is

hereby accepted.

IT IS HEREBY ORDERED that no oral argument will be held, subject to further order of this court.  Any party may, within ten days and pursuant to Rule 34(c) of the Hawai'i Rules of Appellate Procedure, move for retention of oral argument.

DATED:  Honolulu, Hawai'i, December 5, 2014.

Deborah J. Waltrip,
petitioner pro se

Robyn M. Kuwabe for
respondent Special
Compensation Fund

Robert E. McKee, Jr.,
for respondents TS
Enterprises, Inc., and
Fireman's Fund Ins. Co.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

